ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MENG LI,<br><br>                Plaintiff,<br><br>     v.<br><br>ALEJANDRO N. MAYORKAS, Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>                Defendants. | C 3:24-cv-03795 TLT<br><br>**STIPULATION TO STAY PROCEEDINGS;** ~~**[PROPOSED]**~~ **ORDER** |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until March 4, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

1.      Plaintiff filed this mandamus action seeking adjudication of her Form I-589, Application for Asylum and Withholding of Removal.  United States Citizenship and Immigration Services ("USCIS") scheduled an interview for November 4, 2024.  USCIS will work diligently towards completing adjudication of the I-589 application, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

Stipulation to Stay
C 3:24-cv-03795 TLT                                                                 1

2.  Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to ten days prior to the agreed upon scheduled interview. Plaintiff agrees that failure to timely submit this evidence may result in the rescheduling of the interview at no fault of USCIS.

3.  If needed by Plaintiff or their dependent(s), Plaintiff shall bring their own interpreter to their asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to their interview may result in the interview being rescheduled at no fault of USCIS.

4.  Upon receipt of USCIS' decision, Plaintiff agrees to voluntarily dismiss the case.

5.  The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until March 4. 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: August 26, 2024                                             Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: August 26, 2024

/s/ Justin X. Wang
JUSTIN X. WANG
Attorney for Plaintiff

## [PROPOSED] ORDER AS MODIFIED

Pursuant to stipulation, IT IS SO ORDERED.

Joint Status Report due by November 14, 2024.

Status Conference and to Lift Stay set for March 13, 2025 at 2:00 P.M.. Joint Status Report due by March 6, 2025.

Date: August 26, 2024

TRINA L. THOMPSON United States District Judge

Stipulation to Stay
C 3:24-cv-03795 TLT                    3